**FILED**

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0537

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-

GERARD GIRASOLE,

     Plaintiff and Appellant,

v.

PAWS UP RANCH, LLC, d/b/a THE
RESORT AT PAWS UP,

     Defendant and Appellee.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

     **J. Fred Simpon**, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, **Mr. Simpson's** order of mediator appointment is hereby rescinded and

     IT IS ORDERED THAT **CORY R. GANGLE,** whose name appears next on the list of attorneys desiring appointment as mediators for **Money Judgment** appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this 15th day of October, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Philip McGrady
       Joseph Patrick Cook,
       William Bridger Christian,
       J. Fred Simpson
       Cory R. Gangle